**WHITE KNIGHT LIMOUSINE, INC., Appellant,**

v.

**BREEZE COACH LEASING, INC., Respondent.**

No. ED 102821

Missouri Court of Appeals, Eastern District, DIVISION ONE.

Filed: December 15, 2015

Application for Transfer to Supreme Court Denied January 25, 2016

Application for Transfer Denied April 5, 2016

Ronald J. Eisenberg, 640 Cepi Drive, Suite A, Chesterfield, MO 63005, Clayton, MO 63105, Attorneys for Appellant.

Richard E. Coughlin, 120 S. Central Avenue, Suite 650, Clayton, MO 63105, Attorneys for Respondent.

Before Robert G. Dowd, Jr., P.J. and Mary K. Hoff and Roy L. Richter, JJ.

## ORDER

PER CURIAM.

White Knight Limousine, Inc. appeals from the dismissal of its petition against Breeze Coach Leasing, Inc. for lack of personal jurisdiction. No error of law appears. We affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).